UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FIGUEROA, | 1:05-CV-1049 REC WMW HC |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME (DOCUMENT #5) |
| v. | |
| DARREL G. ADAMS, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| Respondent. | (DOCUMENT #5) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 18, 2005, petitioner filed a motion to extend time to submit a new application to proceed in forma pauperis. Good cause having been presented to the court, petitioner is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

2. Petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   November 25, 2005**          /s/  **William M. Wunderlich**
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE